Denise Bourgeois Haley
Attorney at Law: 143709
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Freddie Eugene Bluitt

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| FREDDIE EUGENE BLUITT, | Case No.: CV11-0685 SP |
| Plaintiff, | ORDER OF DISMISSAL |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

    The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

    IT IS SO ORDERED.

DATE: July 19, 2011        /s/
                                   _____
                                   THE HONORABLE SHERI PYM
                                   UNITED STATES MAGISTRATE JUDGE

| | | |
|---|---|---|
| DATE: July 14, 2011 | Respectfully submitted, | |
| | LAW OFFICES OF LAWRENCE D. ROHLFING | |
| | /s/ *Denise Bourgeois Haley* | |
| BY:_____ | | |
| | Denise Bourgeois Haley | |
| | Attorney for plaintiff Freddie Eugene Bluitt | |